IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 2:16-cr-01011 |
| | ) | |
| v. | ) | |
| | ) | |
| LANDON NATHANSON-LOVE, | ) | DEFENDANT'S SENTENCING |
| | ) | MEMORANDUM |
| Defendant. | ) | |

Pursuant to the Court's order (Clerk's No. 68), counsel for the defendant, Landon Nathanson-Love, provides the following information to the Court:

**I. Witnesses**

Mr. Nathanson-Love does not intend to call any witnesses at sentencing.

**II. Exhibits**

Defendant's Exhibit A: Baymont Inn Dubuque Hotel Receipt

Defendant's Exhibit B: Letter of Support from Tanya Love, defendant's mother.

**III. Issues**

1. The government's objection to the base offense level, wherein the government asserts that the base offense level should be 20 under USSG §2K2.1(a)(4)(B), because the offense involved a firearm that is capable of accepting a high-capacity magazine.

2. The ultimate sentence to impose pursuant to 18 U.S.C. § 3553(a).

1

Mr. Nathanson-Love addresses these issues in a separate brief that is attached to this Sentencing Memorandum.

Respectfully Submitted,

*/s/ Joseph Herrold*
Joseph Herrold, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: joe_herrold@fd.org
ATTORNEY FOR THE DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2016, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Morgan Conn*, Paralegal