# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

**WITNESS & EXHIBIT LIST**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 16-CR-1011-LRR |
| Plaintiff(s), | Presiding Judge Chief Judge Linda R. Reade |
| vs. | Deputy Clerk Stephen Packer |
| LANDON SHANE NATHANSON-LOVE | Court Reporter Patrice Murray |
| Defendant(s). | Plaintiff Att'y AUSA Timothy Vavricek |
| Trial Dates Sentencing Hearing 11/02/2016 | Defendant Att'y Joseph Herrold |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Katie Stackis | 11/02/2016 | 3:33PM | 11/02/2016 | 3:35PM |
| | | | | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | | | | | |

\* Exhibit Receipted to Task Force Officer

\*\* **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| 1 | Handgun (physical exhibit in a white cardboard box)\* (returned to AUSA after hearing) | 11/02/2016 | |
| | | | |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | | | |